(116 So. 899)

### KILLIAN v. STATE.  (7 Div. 396.)

Court of Appeals of Alabama.  Feb. 14, 1928.

Rehearing Denied, March 6, 1928.

J. V. Curtis and C. A. Wolfes, both of Ft. Payne, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

Brief did not reach the Reporter.

RICE, J. ■ The questions sought by defendant to be put to the prospective jurors did not, we think, come within the influence of section 8662 of the Code of 1923, and were, by the trial court, in its discretion, properly disallowed.

■ There was ample evidence to support the verdict of guilt, and it was not error to refuse to give at appellant's request the general affirmative charge in his favor, or to overrule his motion for a new trial.

The judgment is affirmed.

Affirmed.